716

■ ·Fun Fair Park, Inc., et al., v. Frances Ursini et al.— Motion to dismiss appeal from four orders of April 20, 1959, and two orders of April 24, 1959, denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ Fun Fair Park, Inc., et al., v. Frances Ursini et al.— Motion to dismiss appeal from order of April 20, 1959, which denied motion to dismiss complaint for insufficiency, denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

## (May 21, 1959)

■ Angela Zappala, Respondent, v. Upwood Realty Corp. et al., Appellants.— The award of $42,500 on the record before this court is excessive. Accordingly, the judgment appealed from is modified in accordance with the provisions of subdivision 2 of section 584 of the Civil Practice Act by reducing the award to $27,500, and, as so modified, affirmed, without costs. (*Leonard* v. *Frantz Co.*, 268 App. Div. 144, 148.) Concur — Botein, P. J., Rabin and McNally, JJ.; Breitel and Valente, JJ., dissent and vote to affirm. Settle order on notice.

■ Calkins & Holden, Inc., Appellant, v. Seklemian & North, Inc., et al., Respondents. 18 East 48th Street Corporation, Respondent, v. Seklemian & North, Inc., et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of the Arbitration between Duralite Company, Inc., Respondent, and Local 222, Metal, Plastics, Miscellaneous Sales, Novelty & Production Workers, Respondent, and Local 485, International Union of Electrical, Radio and Machine Workers, AFL–CIO, Intervenor-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent-respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of the Arbitration between Duralite Company Inc., Respondent, and Local 222, Metal, Plastics, Miscellaneous Sales, Novelty and Production Workers, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of the Arbitration between A. D. Juilliard & Co., Division of United Merchants, and Manufacturers, Inc., Respondent, and International Looms, Inc., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of Toni Herstein et al., Respondents. Marlin Transportation Corp. et al., Appellants.— Resettled order granting plaintiffs' motion to remove action from the Municipal Court to the Supreme Court unanimously reversed on the law, on the facts, and in the exercise of discretion, with $20 costs and disbursements to the appellants, and the motion denied, with $10 costs. Plaintiffs have not made a sufficient showing with respect to the later alleged diagnosis or for the long delays which have ensued. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ Sam Dien, as Executor of Shirley Dien, Deceased, et al., Respondents, v. Sheron Food Shop, Inc., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.